# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

August 27, 2024

**VIA ECF**
Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Donna Lashley v. NYU Case No. 1:22-cv-01054-LDH-RML
       Updated Case Management Plan

Dear Judge Levy:

We represent Defendant New York University in this action.  Pursuant to the Court's instruction given during the August 21, 2024 conference, we write on behalf of the parties to propose an updated schedule for discovery.

The parties propose the following discovery deadlines:
-   Party Depositions:  October 30, 2024
-   All Depositions:  November 20, 2024
-   Service of Requests for Admission:  November 1, 2024
-   All fact discovery:  November 20, 2024.

We further propose postponing expert discovery pertaining to damages until after the court rules on any motion for summary judgment. We appreciate the Court's attention to this matter.


Respectfully,

JACKSON LEWIS P.C.

*Susan D. Friedfel*

Susan D. Friedfel
(914) 872-8027
Susan.Friedfel@jacksonlewis.com
SDF/MZ

4887-2591-7149, v. 1