**Law Offices of Robert T Vance Jr**
123 South Broad Street, 15th Floor
Philadelphia PA 19109
267 887 0172 tel / rvance@vancelf.com / 215 501 5380 fax

November 23, 2024

*By CM/ECF*

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

    Re:    *Donna Lashley v. New York University*
             Civil Action No. 1:22-cv-01054-LDH-RML

Dear Judge Levy:

    I represent the Plaintiff, Donna Lashley, in the above-captioned case. I write in connection with the Minute Entry for proceedings held before Your Honor on November 21, 2024, which I have attached as Exhibit A. Specifically, I request that Your Honor amend the Minute Entry to allow for 4 depositions instead of 3.

    My recollection is that during the telephone conference, Your Honor inquired regarding how many depositions I believed were necessary to take to be in a position to have a successful mediation. At the time, I stated 2 or 3, and further that taking those depositions could be accomplished in approximately 1 and ½ days. Subsequent to the telephone conference, during discussion with Ms. Lashley, it became clear to me that 4 depositions were necessary in order to be in a position to have a successful mediation. When defense counsel inquired about the scheduling of depositions, I identified my available deposition dates and the names of the 4 witnesses I wished to depose. In subsequent email communications, defense counsel informed me that because the Minute Entry referenced 3 depositions her client would not agree to an additional deposition. I have attached as Exhibit B the relevant email communications.

Honorable Robert M. Levy
November 23, 2024
Page 2

Accordingly, I respectfully request that Your Honor amend the Minute Entry or enter an Order allowing for four (4) depositions to be taken, subject to witness' availability.

Respectfully submitted,

Robert T Vance Jr

cc: Susan D. Friedfel (w/encs.)

Exhibit A

**Subject:** Activity in Case 1:22-cv-01054-LDH-RML Lashley v. New York University Status Conference
**Date:** Thursday, November 21, 2024 at 10:33:07 AM Eastern Standard Time
**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**To:** nobody@nyed.uscourts.gov <nobody@nyed.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 11/21/2024 at 10:33 AM EST and filed on 11/21/2024
**Case Name:** Lashley v. New York University
**Case Number:** [1:22-cv-01054-LDH-RML](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: Robert Vance, Susan Friedfel. Discovery complete except for 3 depositions. Subject to witness' availability, the discovery deadline is extended 30 days. Settlement explored. Case referred to EDNY mediation panel. Subject tot e discretion of the mediator, decisionmakers to be present at the mediation including any family members whose advice plaintiff has relied on to help settle the case.Status Conference held on 11/21/2024 (Levy, Robert)**

**1:22-cv-01054-LDH-RML Notice has been electronically mailed to:**

Susan D. Friedfel     susan.friedfel@jacksonlewis.com, barbara.bona@jacksonlewis.com, susan-friedfel-8060@ecf.pacerpro.com, whiteplainsdocketing@jacksonlewis.com

Hernandez M. Rhau     hrhau@rhaulegal.com, hrhau@hotmail.com

Monika Zarski     monika.zarski@jacksonlewis.com, monika-zarski-5712@ecf.pacerpro.com, whiteplainsdocketing@jacksonlewis.com

Robert T Vance, Jr     rvance@vancelf.com

**1:22-cv-01054-LDH-RML Notice will not be electronically mailed to:**

Exhibit B

**Subject:** RE: Lashley v. NYU
**Date:** Friday, November 22, 2024 at 4:29:20 PM Eastern Standard Time
**From:** Friedfel, Susan D. (White Plains) <Susan.Friedfel@Jacksonlewis.com>
**To:** Robert Vance <rvance@vancelf.com>, Zarski, Monika (White Plains) <Monika.Zarski@jacksonlewis.com>
**Attachments:** image005.png, image006.png, image836386.png

Robert,

I have consulted with my client. We do not agree to four depositions. Discovery was supposed to have closed on 11/20. The court only approved three depositions.

Regards,
Susan



### Susan D. Friedfel (Freed-fell | She/Her)
Attorney at Law

**Jackson Lewis P.C.**
44 South Broadway
14th Floor
White Plains, NY 10601
Direct: (914) 872-8027 | Main: (914) 872-8060
Susan.Friedfel@Jacksonlewis.com | www.jacksonlewis.com

**From:** Robert Vance <rvance@vancelf.com>
**Sent:** Friday, November 22, 2024 12:01 PM
**To:** Friedfel, Susan D. (White Plains) <Susan.Friedfel@Jacksonlewis.com>; Zarski, Monika (White Plains) <Monika.Zarski@jacksonlewis.com>
**Subject:** Re: Lashley v. NYU

We need to take the four depositions identified. If you will not agree, let me know immediately so that I can contact Judge Levy's Chambers to request an amendment.

Thank you,

Robert T Vance Jr
Law Offices of Robert T Vance Jr
123 South Broad Street, 15th Floor
Philadelphia PA 19109
267 887 0172 tel / 215 501 5380 fax / 215 287 7517 mobile

**From:** "Friedfel, Susan D. (White Plains)" <Susan.Friedfel@Jacksonlewis.com>
**Date:** Friday, November 22, 2024 at 11:50 AM
**To:** "rvance@vancelf.com" <rvance@vancelf.com>, "Zarski, Monika (White Plains)" <Monika.Zarski@jacksonlewis.com>
**Subject:** RE: Lashley v. NYU

Thank you for the dates. The court's order permits plaintiff to take 3 depositions. Please let us know which three you will be taking, and we will work on the schedule.

Susan



### Susan D. Friedfel (Freed-fell | She/Her)
Attorney at Law

**Jackson Lewis P.C.**
44 South Broadway
14th Floor
White Plains, NY 10601
Direct: (914) 872-8027 | Main: (914) 872-8060
Susan.Friedfel@Jacksonlewis.com | www.jacksonlewis.com

---

**From:** Robert Vance <rvance@vancelf.com>
**Sent:** Friday, November 22, 2024 11:20 AM
**To:** Zarski, Monika (White Plains) <Monika.Zarski@jacksonlewis.com>
**Cc:** Friedfel, Susan D. (White Plains) <Susan.Friedfel@Jacksonlewis.com>
**Subject:** Re: Lashley v. NYU

Good morning,

My client wishes to depose the following witnesses prior to the Mediation:

Raghu Sundaram
Joel Steckel
Anya Takos Francioli
Grace Glessing Garnice

Currently I am available December 2-6, 16, 17 (PM only), 18 (PM only), 19, 20, and 23.

I expect each deposition to last 2-3 hours.

Thank you,

Robert T Vance Jr
Law Offices of Robert T Vance Jr
123 South Broad Street, 15th Floor
Philadelphia PA 19109
267 887 0172 tel / 215 501 5380 fax / 215 287 7517 mobile

---

**From:** "Zarski, Monika (White Plains)" <Monika.Zarski@jacksonlewis.com>
**Date:** Thursday, November 21, 2024 at 10:37 AM
**To:** "rvance@vancelf.com" <rvance@vancelf.com>
**Cc:** "Friedfel, Susan D. (White Plains)" <Susan.Friedfel@Jacksonlewis.com>
**Subject:** Lashley v. NYU

Good morning,

I write to follow up on today's court conference. Can you please let us know the identity of the 2-3 witnesses whose depositions you would like to take? Please also let us know all of the dates on which you are available, so we can coordinate scheduling with the witnesses as soon as possible.

Thank you,
Monika



**Monika Zarski**  (She/Her)
Attorney at Law

**Jackson Lewis P.C.**
44 South Broadway. 14th Floor.
White Plains, NY 10601
Direct: (914) 872-8017 | Main: (914) 872-8060
Monika.Zarski@jacksonlewis.com | www.jacksonlewis.com