UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DONNA LASHLEY,                                            Case No. 1:22-cv-01054

                 Plaintiff,                    **STIPULATION OF**
  -against-                                                      **DISMISSAL WITH**
                                                 **PREJUDICE**
NEW YORK UNIVERSITY,

                 Defendant.
-------------------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the

captioned action through their undersigned counsel that, in accordance with Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, subject to the Court So Ordering of this stipulation, the

Complaint in the above-captioned action and all claims alleged therein be dismissed with

prejudice, with each party to bear their own fees and costs.

    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed

with scanned PDF or facsimile signatures treated as originals.

Dated: _1/14/2025_                    Dated:  February 20, 2025

THE LAW OFFICES OF ROBERT T. VANCE, JR.,    JACKSON LEWIS P.C.
*Attorneys for Plaintiff*                    *Attorneys for Defendant*

By: _____           By: _____
    Robert T. Vance, Jr.                  Susan D. Friedfel, Esq.
    123 Broad Street, 15th Floor          44 South Broadway, 14th Floor
    Philadelphia, PA 19109            White Plains, New York 10601
    (267) 887-0172                    (914) 872-8027

Dated:_____              

                                          Dated:_____

**SO ORDERED:**


_____